COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:    Thomas Kevin Cook, MD and The Craniofacial and Plastic Surgery Center-Houston v. Kathleen Broussard

Appellate case number:    01-17-00943-CV

Trial court case number:    2016-52406

Trial court:    164th District Court of Harris County

Our records show that appellant has not paid the filing fee in this case. On January 4, 2018, this court issued a postcard notifying appellant that the filing fee was past due and the appeal was subject to dismissal if appellant did not pay the fee. The record contains no proof of indigence.

If the filing fee is not paid (or proof of indigence is not provided) **within 10 days of the date of this order**, we will dismiss this appeal. *See* Tex. R. App. P. 5, 42.3.

It is so ORDERED.

Judge's signature: /s/ Jennifer Caughey

    ☑ Acting individually    ☐ Acting for the Court

Date: May 10, 2018